**The People of the State of Illinois, defendants in error, v. Oliver Lindsey, plaintiff in error. Gen. No. 7,895.**

Prosecution for violation of Prohibition Law. Error to the County Court of Morgan county; the Hon. Paul Samuell, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 8, 1926. Rehearing denied October 28, 1926.

T. J. Sullivan and D. J. Staley, for plaintiff in error. Hugh Green, State's Attorney, for defendants in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**George Darrah, appellee, v. Jesse W. Wade, appellant. Gen. No. 7,905.**

Action for conversion. Judgment for plaintiff. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 8, 1926.

L. T. Graham, for appellant. Edwin Johnston, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**A. Vonruden, appellee, v. Wabash Railway Company, appellant. Gen. No. 7,914.**

Action to recover damages for injuries to shipment of live stock. Judgment for plaintiff. Appeal from the County Court of Christian county; the Hon. C. J. Vogelsang, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 8, 1926.

Hogan & Reese, for appellant. James A. Merry, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**George Underhill, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 7,950.**

Action for damages by fire caused by sparks from locomotive. Judgment for plaintiff. Appeal from the Circuit Court of Logan county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 8, 1926.

Covey & Woods, for appellant; John G. Drennan, of counsel. Peter Murphy and Anderson & Mangas, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.